ACCEPTED
03-15-00400-CV
6718917
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/31/2015 10:39:46 AM
JEFFREY D. KYLE
CLERK

03-15-00400-CV

*IN THE*
*THIRD COURT OF APPEALS*
*AT AUSTIN, TEXAS*

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/31/2015 10:39:46 AM
JEFFREY D. KYLE
Clerk

## Brian Dierschke and Marvin Dierschke

## v.

## Cheryl Lynn Dierschke, Dana Joy Dierschke Nezwek, and Grant Steven Dierschke

_____

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

Now comes James David Walker who enters an appearance in the above-referenced case as lead appellate counsel for Appellees Cheryl Lynn Dierschke, Dana Joy Dierschke Nezwek, and Grant Steven Dierschke.  Walker requests copies of all briefs, motions, notices, and other matter filed in the above referenced case.

Respectfully submitted,

JAMES DAVID WALKER
P. O. Box 41
Milano, Texas 76556
SBOT 20706000
Phone: (512) 636-9520
Fax: (512) 455-7922
Email: walker@2appeal.com
ATTORNEY FOR APPELLEES,
CHERYL LYNN DIERSCHKE,

DANA JOY DIERSCHKE
NEZWEK, AND GRANT STEVEN
DIERSCHKE

CERTIFICATE OF SERVICE

I certify that on August 31, 2015, a true copy of this document was forwarded by U.S. Mail, return receipt requested, addressed as follows:

Appellant Brian W. Dierschke
8494 Hawk Ave
San Angelo, TX 76904

Appellant Marvin Dierschke
8494 Hawk Ave
San Angelo, TX 76904

James David Walker